**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERICKA VALENZUELA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1604-KC** |
| | § | |
| **CHEDRAUI USA, INC. and ESPERANZA RODRIGUEZ,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND REMANDING**

On this day, the Court considered the case. On September 16, 2026, the Court referred Plaintiff's Motion to Remand ("Motion"), ECF No. 4, to United States Magistrate Judge Robert F. Castaneda. Sep. 16, 2026, Text Order. On September 30, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 7, concluding that the Motion should be granted. *Id.* at 1, 9.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since all parties were served with the R&R, and no objections have been filed. *See* R&R.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

that they are neither clearly erroneous nor contrary to law. *See id.* at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 7, in its entirety, and **ORDERS** that Plaintiff's Motion to Remand, ECF No. 4, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's case is **IMMEDIATELY REMANDED** to the 346th District Court of El Paso County, Texas.

Following remand to the state court, the Clerk shall close the case in this Court.

**SO ORDERED.**

**SIGNED this 15th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE